Willie Davis, pro se.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Willie Davis, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Davis v. Hunter*, No. CA–00–380–5–BO (E.D.N.C. Sept. 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Glenn Lee Williams, pro se. Stephen Aubrey West, Assistant United States Attorney, Raleigh, NC, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Glenn Lee Williams appeals the district court's order denying his motion for the return of forfeited property. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Williams*, No. CR–95–136–F (E.D.N.C. Aug. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Glenn Lee WILLIAMS, Defendant–Appellant.**

No. 00–7471.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.

**Ricky A. DODD, Plaintiff–Appellant,**

v.

**Ron ANGELONE, Director of Prisons, Defendant–Appellee.**

No. 00–7473.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.